JAMES J. CLARK #233286
7770 Healdsburg Avenue, Suite A
Sebastopol, CA 95472
Telephone: (707) 823-4209
Facsimile: (707) 861-9187

Attorney for Defendant
ROBERT KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | No. 2:12CR00198-MCE-31 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER MODIFYING TERMS OF PRETRIAL RELEASE |
| ROBERT KENNEDY, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE to move the Court for an Order to Modify the terms of Mr. Kennedy's pre-trial release to include the following terms:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling services based upon

1

1 | your ability to pay, as determined by the pretrial services
2 | officer.
3 | Dated: July 2, 2012
4 |
5 |
6 | /s/ James Clark
   | JAMES CLARK
7 | Attorney for Defendant
   | ROBERT KENNEDY
8 |
9 | Dated: July 2, 2012
10 |
11 | /s/ Michael D. Anderson
12 | Michael D. Anderson
   | Deputy United States Attorney

```
JAMES J. CLARK #233286
7770 Healdsburg Avenue, Suite A
Sebastopol, CA 95472
Telephone: (707) 823-4209
Facsimile: (707) 861-9187

Attorney for Defendant
ROBERT KENNEDY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | No. 2:12CR00198-MCE-31 |
|---|---|
| Plaintiff, | |
| v. | ORDER MODIFYING TERMS OF PRETRIAL RELEASE |
| ROBERT KENNEDY | |
| Defendant. | |

THE COURT HEREBY ORDERS that the terms of Robert Kennedy's pre-trial release be modified to include the following terms:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay

3

all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

**Date:   7/3/2012**

_____
KENDALL J. NEWMAN
U. S. MAGISTRATE JUDGE